B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re  Kevin Ray Daniels
       Dellila Renee Daniels                    ,        Case No.  14-90987-BHL-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust | Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corporation
 323 Fifth Street
 Eureka, CA 95501

Court Claim # (if known): __19__
Amount of Claim: __$126,520.53__
Date Claim Filed: __08/20/2014__

Phone: 800-603-0836
Last Four Digits of Acct #: __9233__

Phone: _____
Last Four Digits of Acct. #: __6008__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                              Date: 02/13/2019
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.